1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   MARK MUNNS, et al.,              No. 2:09-cv-00981-MCE-EFB

12           Plaintiffs,

13      v.                           **RELATED CASE ORDER**

14   CRESCENT SECURITY GROUP,
     et al.,
15
             Defendants.
16   _____/

17   MARK MUNNS, Administrator        No. 2:10-cv-00681-LKK-KJM
     for the Estate of Joshua
18   Munns, et al.,

19           Plaintiffs,

20      v.

21   HILLARY DIANE RODHAM CLINTON,
     in her official capacity as
22   U.S. Secretary of State,
     et al.,
23
             Defendants.
24   _____/

25

26      The Court has received the Notice of Related Case filed on

27   July 30, 2010.

28   ///

                                    1

1    Examination of the above-entitled civil actions reveals that

2  these actions are related within the meaning of Local Rule 123(a)

3  (E.D. Cal. 1997).  The actions involve many of the same

4  defendants and are based on the same or similar claims, the same

5  property transaction or event, similar questions of fact and the

6  same questions of law, and would therefore entail a substantial

7  duplication of labor if heard by different judges.  Accordingly,

8  the assignment of the matters to the same judge is likely to

9  effect a substantial savings of judicial effort and is also

10 likely to be convenient for the parties.

11    The parties should be aware that relating the cases under

12 Local Rule 123 merely has the result that both actions are

13 assigned to the same judge; no consolidation of the action is

14 effected.  Under the regular practice of this Court, related

15 cases are generally assigned to the district judge and magistrate

16 judge to whom the first filed action was assigned.

17    IT IS THEREFORE ORDERED that the action denominated 2:10-cv-

18 00681-LKK-KJM, Mark Munns, Administrator for the Estate of Joshua

19 Munns, et al. v. Hillary Diane Rodham Clinton, in her official

20 capacity as U.S. Secretary of State, et al. is reassigned to

21 Judge Morrison C. England, Jr., for all further proceedings, and

22 any dates currently set in this reassigned case only is hereby

23 VACATED.  The Clerk of the Court is to issue an Order Requiring

24 Joint Status Report.  Henceforth, the caption on documents filed

25 in the reassigned case shall be shown as 2:10-cv-00681-MCE-EFB.

26 ///

27 ///

28 ///

2

1    IT IS FURTHER ORDERED that the Clerk of the Court make

2 appropriate adjustment in the assignment of civil cases to

3 compensate for this reassignment.

4    IT IS SO ORDERED.

5

Dated: August 27, 2010

6

7    _____

8                          MORRISON C. ENGLAND, JR.
                         UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28