UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MUNNS, et al., | No. 2:09-cv-00981-MCE-EFB |
| Plaintiffs, | |
| v. | **ORDER** |
| CRESCENT SECURITY GROUP, INC., et al., | |
| Defendants. | |

On September 17, 2013, this Court issued an Order to Show Cause ("OSC"), as to why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b).  The Court is in receipt of Plaintiffs' response to its OSC.  Good cause having been shown, this case is stayed pending resolution of the appeal in the related case, Munns v. Clinton, 2:10-cv-00681-MCE-EFB (Ninth Circuit Case No. 12-15959).  Not later than ninety days (90) days following the date this order is electronically filed, Plaintiffs are ordered to file a Status Report advising this Court of the status of that appeal.

**IT IS SO ORDERED.**

**Dated:  October 8, 2013**

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT