UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MUNNS, et al., | No. 2:09-cv-00981-MCE-EFB |
| Plaintiffs, | |
| v. | **ORDER** |
| CRESCENT SECURITY GROUP, INC., et al., | |
| Defendants. | |

This matter was stayed per order of this Court (ECF No. 16) pending resolution of Plaintiffs' appeal in the related case, <u>Munns v. Clinton</u>, Case No. 2:10-cv-00681-MCE-EFB.  The mandate as to that appeal has now been issued.  Accordingly, the stay in this case is hereby LIFTED.

///

///

///

///

///

///

///

1

1  Not later than ten (10) days following the date this Order is electronically filed,
2  Plaintiffs are directed to file a status report advising the Court whether they intend to
3  prosecute this case and, if so, the status of service on Defendants.  Failure to respond to
4  this Order will result in dismissal of this action with prejudice upon no further notice to the
5  parties.

6  **IT IS SO ORDERED.**

7  Dated:  November 9, 2015

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT