UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MUNNS, et al., | No. 2:09-cv-00981-MCE-EFB |
| Plaintiffs, | |
| v. | **ORDER** |
| CRESCENT SECURITY GROUP, INC., et al., | |
| Defendants. | |

By way of this Court's Order filed November 10, 2015, Plaintiffs were directed to file a status report advising the Court whether they intend to prosecute this case and, if so, the status of service on Defendants. ECF No. 17. Plaintiffs were also warned that "[f]ailure to respond to [that] Order [would] result in dismissal of this action with prejudice upon no further notice to the parties." Id. No response has been received.

///
///
///
///
///
///

1

Accordingly, this action is hereby DISMISSED with prejudice for noncompliance with the local rules and/or court orders, failure to prosecute pursuant to this Court's inherent authority to control its docket, and Federal Rule of Civil Procedure 41(b). The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: November 30, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT